

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-3-2006

# Rogers v. Corbett

Precedential or Non-Precedential: Precedential

Docket No. 06-2241

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Rogers v. Corbett" (2006). *2006 Decisions.* Paper 150.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/150

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No.  06-2241


MARAKAY J. ROGERS, Esquire, Candidate
for Governor of Pennsylvania; THE GREEN PARTY
OF PENNSYLVANIA, c/o Paul Teese, Chair; THE
CONSTITUTION PARTY OF PENNSYLVANIA;
KEN V. KRAWCHUK; HAGAN SMITH,

Appellants.
v.

THOMAS W. CORBETT, JR., Attorney General
of Pennsylvania; COMMONWEALTH OF PENNSYLVANIA,
c/o Office of the Attorney General of Pennsylvania;
GOVERNOR EDWARD G. RENDELL; PEDRO A. CORTES,
Secretary of Commonwealth of Pennsylvania


On Appeal from the United States District Court
for the Middle District of Pennsylvania
District Court No. 06-cv-00066
District Judge: Hon. John E. Jones, III


Argued on July 10, 2006

Opinion Filed August 23, 2006

Before: SMITH, ALDISERT, and ROTH, <u>Circuit Judges</u>


**O R D E R**

The petition for panel rehearing filed by appellants in the above-entitled case

having been submitted to the judges who participated in the decision of this Court and all judges who concurred in the decision having asked for rehearing, the petition for panel rehearing is **granted** so that the panel opinion can be amended. In light of the panel rehearing being granted, no action is taken on the petition for rehearing en banc filed on September 5, 2006. The Court's Opinion filed on August 23, 2006 is vacated and the amended opinion is being filed at this time.

By the Court,

    /s/ Jane R. Roth
             Circuit Judge

Dated: November 3, 2006